for writ of certiorari to the District Court of Appeal, 2nd Appellate District, of California, denied. *Messrs. Clarence A. Linn* and *Max Radin* for petitioner. *Mr. Maurice Schulman* for respondents. *Robert W. Kenny,* Attorney General of California, as *amicus curiae,* in support of the petition.

No. 1224. RAY ET AL., DOING BUSINESS AS SUPERIOR UNIFORM CAP & SHIRT MFG. CO., *v.* BOWLES, PRICE ADMINISTRATOR. June 11, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Morris Lavine* for petitioners. *Assistant Solicitor General Cox* and *Mr. David London* for respondent.

No. 1239. SOHMER *v.* UNITED STATES. June 11, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Max Chopnick* for petitioner. *Assistant Solicitor General Cox, Assistant Attorney General Tom C. Clark, Mr. Robert S. Erdahl* and *Miss Beatrice Rosenberg* for the United States.

No. 1247. VANDENBERGE ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. June 11, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Leroy G. Denman* for petitioners. *Assistant Solicitor General Cox, Assistant Attorney General Samuel O. Clark Jr., Messrs. Sewall Key* and *J. Louis Monarch* for respondent.

No. 1258. CAROTHERS ET AL., DOING BUSINESS AS ALLRIGHT PARKING SYSTEM, LTD. *v.* BOWLES, PRICE ADMINISTRATOR. June 11, 1945. Petition for writ of certiorari to